1  Stevan D. Phillips, WSBA No. 2257
2  Christopher N. Weiss, WSBA No. 14826
   Leonard J. Feldman, WSBA No. 20961
3  Rita V. Latsinova, WSBA No. 24447
4  STOEL RIVES LLP
   600 University Street, Suite 3600
5  Seattle, WA 98101
6  Telephone: (206) 624-0900
   Email: sdphillips@stoel.com
7  Email: cnweiss@stoel.com
8  Email: ljfeldman@stoel.com
   Email: rvlatsinova@stoel.com
9
10 Attorneys for defendants Consumer Law
   Associates, LLC; Jimmy Persels and Neil
11 Ruther

12
                UNITED STATES DISTRICT COURT
13              EASTERN DISTRICT OF WASHINGTON
14

15 | KENNETH R. BROWN, individually
   | and on behalf of a Class of similarly       No.  CV-11-194-LRS
16 | situated Washington residents,
                                                 DECLARATION OF NEIL J.
17 |         Plaintiff,                          RUTHER

18 |    v.                                       [Class Action]

19 | CONSUMER LAW ASSOCIATES
   | LLC, a Maryland Limited Liability
20 | Company; JIMMY B. PERSELS, a
   | Maryland Attorney; NEIL J. RUTHER,
21 | a Maryland Attorney; DR OPTIONS
   | LLC d/b/a DEBT RELIEF OPTIONS
22 | LLC, a Texas Limited Liability
   | Company; EFA PROCESSING L.P., a
23 | Texas Limited Partnership and JOHN
   | AND JANE DOES 1-20
24
   |         Defendants.
25

26    NEIL J. RUTHER, hereby declares as follows:

DECLARATION OF NEIL J. RUTHER - 1

1. I am over the age of 18 years and have personal knowledge of the matters and facts set forth herein.

2. I am a resident of the State of Maryland and have been a member of the Bar of the State of Maryland since 1976.

3. I served as the Managing Member of the law firm Consumer Associates LLC ("CLA"). CLA is a law firm offering extensive unbundled legal services to clients across the United States, including Washington.

4. CLA was organized in Maryland in 2007 as a limited liability company. The other member of CLA is Lisa L. Perrillo, who resides in the State of North Carolina. CLA has no other members or owners.

5. CLA stopped accepting new clients in September of 2010. Between 2007 and September of 2010, CLA had approximately 178 field attorneys licensed to practice in all 50 states, including five attorneys licensed to practice in the State of Washington.

6. Between 2007 and September 2010, CLA provided legal services to 894 clients who were residents of Washington State in matters related to their unsecured debt, and received $2,658,711.35 in fees from those clients.

7. I had no knowledge of the filing of this case prior to the time it was served on CLA's resident agent in the State of Washington on April 27, 2011.

DECLARATION OF NEIL J. RUTHER - 2

1
2    I hereby declare and affirm under the penalties of perjury under the laws of
3    the States of Maryland and Washington, that the contents of the aforesaid
4
5    declaration are true and correct to the best of my knowledge, information, and
6    belief.

*[signature]*
NEIL J. RUTHER
AT: Baltimore, Md.
DATED: MAY 10, 2011

DECLARATION OF NEIL J. RUTHER - 3

## Certificate of Service

1. I, Cindy Castro, certify that at all times mentioned herein, I was and am a resident of the state of Washington, over the age of eighteen years, not a party to the proceeding or interested therein, and competent to be a witness therein. My business address is that of Stoel Rives LLP, 3600 One Union Square, 600 University Street, Seattle, Washington 98101.

On May 16, 2011, I caused a true and correct copy of the foregoing document to be served on counsel of record for plaintiffs in the above-captioned action by pdf/email and by U. S. mail:

Darrell W. Scott
Matthew J. Zuchetto
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201
Tel: 509-455-3966
Email: scottgroup@mac.com
Email: matthewzuchetto@mac.com

Beth Terrell
Toby Marshall
Jennifer Rust Murray
TERRELL MARSHALL DAUDT & WILLIE
936 North 34th Street, Ste 400
Seattle, WA 98103
Email: bterrell@tmdlegal.com
Email: tmarshall@tmdlegal.com
Email: jmurray@tmdlegal.com

DATED: MAY 16, 2011.

_____
Cindy Castro, Legal Secretary

DECLARATION OF NEIL J. RUTHER - 4