```
 1  Stevan D. Phillips, WSBA No. 2257
 2  Christopher N. Weiss, WSBA No. 14826
    Leonard J. Feldman, WSBA No. 20961
 3  Rita V. Latsinova, WSBA No. 24447
 4  STOEL RIVES LLP
    600 University Street, Suite 3600
 5  Seattle, WA 98101
 6  Telephone: (206) 624-0900
    Email: sdphillips@stoel.com
 7  Email: cnweiss@stoel.com
 8  Email: ljfeldman@stoel.com
    Email: rvlatsinova@stoel.com
 9
10  Attorneys for defendants Consumer Law
    Associates, LLC; Jimmy Persels and Neil
11  Ruther
12
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH R. BROWN, individually and on behalf of a Class of similarly situated Washington residents,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER LAW ASSOCIATES LLC, a Maryland Limited Liability Company; JIMMY B. PERSELS, a Maryland Attorney; NEIL J. RUTHER, a Maryland Attorney; DR OPTIONS LLC d/b/a DEBT RELIEF OPTIONS LLC, a Texas Limited Liability Company; EFA PROCESSING L.P., a Texas Limited Partnership and JOHN AND JANE DOES 1-20,<br><br>Defendants. | No. CV-11-194-LRS<br><br>**DEFENDANT CONSUMER LAW ASSOCIATES, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>[Class Action] |

CONSUMER LAW ASSOCIATES RULE 7.1
CORPORATE DISCLOSURE STATEMENT - 1

70693875.1 0078281-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned attorneys of record for Consumer Law Associates, LLC., hereby certify that the Defendant has no parent corporation and that there is no publicly-owned corporation that owns 10% or more of its stock.

DATED: May 16, 2011    STOEL RIVES LLP

s/Christopher N. Weiss
Stevan D. Phillips, WSBA No. 2257
Christopher N. Weiss, WSBA No. 14826
Leonard J. Feldman, WSBA No. 20961
Rita V. Latsinova, WSBA No. 24447
Email: sdphillips@stoel.com
Email: cnweiss@stoel.com
Email: ljfeldman@stoel.com
Email: rvlatsinova@stoel.com

Attorneys for Defendants Consumer Law Associates LLC; Jimmy Persels and Neil Ruther

CONSUMER LAW ASSOCIATES RULE 7.1
CORPORATE DISCLOSURE STATEMENT - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

70693875.1 0078281-00001

## Certificate of Service

I, Cindy Castro, certify that at all times mentioned herein, I was and am a resident of the state of Washington, over the age of eighteen years, not a party to the proceeding or interested therein, and competent to be a witness therein. My business address is that of Stoel Rives LLP, 3600 One Union Square, 600 University Street, Seattle, Washington 98101.

On May 16, 2011, I caused a true and correct copy of the foregoing document to be served on counsel of record for plaintiffs in the above-captioned action by pdf/email and by U. S. mail:

Darrell W. Scott
Matthew J. Zuchetto
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201
Tel: 509-455-3966
Email: scottgroup@mac.com
Email: matthewzuchetto@mac.com

Beth Terrell
Toby Marshall
Jennifer Rust Murray
TERRELL MARSHALL DAUDT & WILLIE
936 North 34th Street, Ste 400
Seattle, WA 98103
Email: bterrell@tmdlegal.com
Email: tmarshall@tmdlegal.com
Email: jmurray@tmdlegal.com

DATED: MAY 16, 2011.

_Cindy Castro_
Cindy Castro, Legal Secretary

CONSUMER LAW ASSOCIATES RULE 7.1
CORPORATE DISCLOSURE STATEMENT - 3

70693875.1 0078281-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900