Stevan D. Phillips, WSBA No. 2257
Christopher N. Weiss, WSBA No. 14826
Leonard J. Feldman, WSBA No. 20961
Rita V. Latsinova, WSBA No. 24447
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Email:  sdphillips@stoel.com
Email:  cnweiss@stoel.com
Email:  ljfeldman@stoel.com
Email:  rvlatsinova@stoel.com

Attorneys for defendants Consumer Law
Associates, LLC; Jimmy Persels and Neil
Ruther

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| KENNETH R. BROWN, individually and on behalf of a Class of similarly situated Washington residents, | No. 11-00194-LRS |
|---|---|
| Plaintiff, | ANSWER AND DEFENSES TO COMPLAINT BY DEFENDANTS CONSUMER LAW ASSOCIATES, LLC, NEIL RUTHER, AND JIMMY PERSELS |
| v. | |
| CONSUMER LAW ASSOCIATES LLC, a Maryland Limited Liability Company; JIMMY B. PERSELS, a Maryland Attorney; NEIL J. RUTHER, a Maryland Attorney; DR OPTIONS LLC d/b/a DEBT RELIEF OPTIONS LLC, a Texas Limited Liability Company; EFA PROCESSING L.P., a Texas Limited Partnership and JOHN AND JANE DOES 1-20 | [Putative Class Action] |
| Defendants. | |

ANSWER AND DEFENSES TO COMPLAINT - 1

Defendants Consumer Law Associates, LLC ("CLA"), Neil Ruther ("Ruther"), and Jimmy Persels ("Persels") (collectively, "Consumer Law Defendants") jointly answer plaintiff's Complaint as follows:

## I.    <u>INTRODUCTION</u>

1.1    Consumer Law Defendants deny the allegations in paragraph 1.1 of the Complaint.

1.2    Consumer Law Defendants deny the allegations in paragraph 1.2 of the Complaint.

1.3    Consumer Law Defendants deny the allegations in paragraph 1.3 of the Complaint.

1.4    Consumer Law Defendants deny the allegations in paragraph 1.4 of the Complaint.

1.5    Consumer Law Defendants deny the allegations in paragraph 1.5 of the Complaint.

1.6    Consumer Law Defendants deny the allegations in paragraph 1.6 of the Complaint, deny Plaintiff or putative class members state a cognizable cause of action and further deny that this matter is appropriate for proceeding as a class action.

ANSWER AND DEFENSES TO COMPLAINT - 2

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

## II.    <u>PARTIES</u>

2.1    Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.1 pertaining to Kenneth Brown's current domicile and residence and therefore Consumer Law Defendants deny those allegations.  Consumer Law Defendants deny the allegations in sentence two of paragraph 2.1.

2.2    Consumer Law Defendants admit that CLA is a law firm.  CLA admits that it is organized as a Maryland limited liability company that maintains an office at 29 W. Susquehanna Avenue, Suite 400, Towson, Maryland.  Consumer Law Defendants further admit that CLA provides legal advice and other legal services focused on helping its clients get out of debt.  Consumer Law Defendants admit that CLA provides legal services across the United States, including in the State of Washington.  Legal services in Washington are provided by CLA attorneys licensed to practice in Washington and, therefore, Consumer Law Defendants deny the allegation.  Jimmy Persels and Neil Ruther are not licensed in Washington, in contrast with, for example, CLA attorney Traci Mears.  Consumer Law Defendants deny the remaining allegations in paragraph 2.2 of the Complaint.

2.3    Consumer Law Defendants admit that Persels is an attorney who resides in and is licensed to practice in Maryland and that he is not licensed to

ANSWER AND DEFENSES TO COMPLAINT - 3

practice law in Washington.  Consumer Law Defendants denies that, at this time, Persels is involved with the management of CLA, though at certain times in the past was involved with such management.  Consumer Law Defendants deny the last sentence of paragraph 2.3.

2.4     Consumer Law Defendants admit that Ruther is an attorney who resides and is licensed to practice in Maryland and that he is involved with the management of CLA.   Consumer Law Defendants deny the last sentence of paragraph 2.4 of the Complaint.

2.5     Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.5 of the Complaint and therefore Consumer Law Defendants deny those allegations.

2.6     Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.6 of the Complaint and therefore Consumer Law Defendants deny those allegations.

2.7     Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.7 of the Complaint and therefore Consumer Law Defendants deny those allegations.

/

/

ANSWER AND DEFENSES TO COMPLAINT - 4

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

## III.    JURISDICTION AND VENUE

3.1    Consumer Law Defendants admit that the Complaint, as drafted, places more than $5,000,000 in controversy, exclusive of interest, and involves a putative class composed of an unknown number of members, all of whom are citizens of a state different from that of Consumer Law Defendants, thereby creating a basis for subject matter jurisdiction under the Class Action Fairness Act of 2005. Consumer Law Defendants deny any of its conduct gives rise to any liability alleged by Plaintiff. Consumer Law Defendants denies that there exist the requisite bases for certification of a class action.

3.2    Consumer Law Defendants deny the allegations in paragraph 3.2 of the Complaint.

3.3    Consumer Law Defendants deny the allegations in paragraph 3.3 of the Complaint.

## IV.    FACTS

4.1    Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.1 of the Complaint and therefore Consumer Law Defendants deny those allegations because there are many reasons why some Washington families are struggling to pay their credit card debts, while other families are able to pay their debts. The

ANSWER AND DEFENSES TO COMPLAINT - 5

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1    reasons why some families are struggling and others are not is particular to each

2    individual family.  For example, some families may have experienced the loss of a

3

4    job by one or more family members; other families may have experienced a family

5    member's physical illness or mental illness; some families experience financial

6    hardship due to a gambling problem, or drug addiction, or are the victim of crime

7

8    or an accident or domestic abuse.  Some families spend more than is reasonably

9    prudent.  There are many, many reasons, requiring a individualized analysis of

10    each person's situation.

11

12    4.2    Consumer Law Defendants are without knowledge or information

13    sufficient to form a belief as to the truth of the allegations in paragraph 4.2 of the

14    Complaint and therefore Consumer Law Defendants deny those allegations.

15

16    4.3    Plaintiff has brought claims under Washington law. Consumer

17    Law Defendants admit that Washington has enacted a statute addressing debt

18    services.  Consumer Law Defendants deny the remaining allegations in paragraph

19    4.3 of the Complaint and/or the remaining allegations of the paragraph set forth

20    

21    opinions on legal conclusions.

22    4.4    Paragraph 4.4 of the Complaint contains legal conclusions to

23

24    which no answer is required and, in addition, the DAA is a statutory enactment, the

25

26

ANSWER AND DEFENSES TO COMPLAINT - 6

1   language of which speaks for itself.  To the extent an answer is required, Consumer

2

3   Law Defendants deny the allegations in paragraph 4.4 of the Complaint.

4        4.5     Paragraph 4.5 of the Complaint contains legal conclusions to

5   which no answer is required and, in addition, the DAA is a statutory enactment, the

6

7   language of which speaks for itself.  To the extent an answer is required, Consumer

8   Law Defendants deny the allegations in paragraph 4.5 of the Complaint.

9        4.6     Paragraph 4.6 of the Complaint contains legal conclusions to

10

11   which no answer is required and, in addition, the DAA is a statutory enactment, the

12   language of which speaks for itself.  To the extent an answer is required, Consumer

13   Law Defendants deny the allegations in paragraph 4.6 of the Complaint.

14

15        4.7     Paragraph 4.7 of the Complaint contains legal conclusions to

16   which no answer is required and, in addition, the DAA is a statutory enactment, the

17   language of which speaks for itself.  To the extent an answer is required, Consumer

18

19   Law Defendants deny the allegations in paragraph 4.7 of the Complaint.

20        4.8     Paragraph 4.8 of the Complaint contains legal conclusions to

21   which no answer is required and, in addition, the DAA is a statutory enactment, the

22

23   language of which speaks for itself.   To the extent an answer is required,

24   Consumer Law Defendants deny the allegations in paragraph 4.8 of the Complaint.

25

26

ANSWER AND DEFENSES TO COMPLAINT - 7

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1    4.9    Paragraph 4.9 of the Complaint contains legal conclusions to

2 which no answer is required and, in addition, the DAA is a statutory enactment, the

3

4 language of which speaks for itself.  To the extent an answer is required, Consumer

5 Law Defendants deny the allegations in paragraph 4.9 of the Complaint.

6

7    4.10    Paragraph 4.10 of the Complaint contains legal conclusions to

8 which no answer is required and, in addition, the DAA is a statutory enactment, the

9 language of which speaks for itself.  To the extent an answer is required, Consumer

10

11 Law Defendants deny the allegations in paragraph 4.10 of the Complaint.

12    4.11    Consumer Law Defendants deny the allegations in paragraph 4.11

13 of the Complaint.

14

15    4.12    Plaintiff's use of the term "debt adjusting" in paragraph 4.12

16 appears to be making reference to that term as it is defined in RCW 18.28.010.  As

17 such, Consumer Law Defendants denies the allegations in paragraph 4.12 of the

18

19 Complaint insofar as the paragraph makes any allegations as to the Consumer Law

20 Defendants.  As to any of the other named defendants in this case, Consumer Law

21 Defendants are without knowledge or information sufficient to form a belief as to

22

23 the truth of the allegations in paragraph 4.12 of the Complaint and therefore

24 Consumer Law Defendants deny those allegations.

25

26

ANSWER AND DEFENSES TO COMPLAINT - 8

1    4.13    Consumer Law Defendants are without knowledge or information
2    sufficient to form a belief as to the truth of the allegations in paragraph 4.13 of the
3    Complaint and therefore Consumer Law Defendants deny those allegations.
4
5    4.14    Consumer Law Defendants are without knowledge or information
6    sufficient to form a belief as to the truth of the allegations in paragraph 4.14 of the
7    Complaint and therefore Consumer Law Defendants deny those allegations.
8
9    4.15    Consumer Law Defendants deny the allegations in paragraph 4.15
10   of the Complaint.
11
12   4.16    CLA's assigned attorney to provide legal representation to Plaintiff
13   is licensed to practice law in Washington and, accordingly, Consumer Law
14   Defendants deny the allegations in paragraph 4.16 of the Complaint.  Consumer
15   Law Defendants admit that not all of its attorneys are licensed to practice law in
16   Washington, including Ruther and Persels.
17
18   4.17    Consumer Law Defendants deny the allegations in paragraph 4.17
19   of the Complaint.
20
21   4.18    Consumer Law Defendants admit that Plaintiff is a Washington
22   resident who engaged CLA to act as his lawyers by signing an agreement forming
23   an attorney-client relationship with the law firm.  Consumer Law Defendants deny
24   the remaining allegations in paragraph 4.18 of the Complaint.
25
26

ANSWER AND DEFENSES TO COMPLAINT - 9

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    4.19    Consumer Law Defendants admit the engagement letter

2  confirming the legal services agreement between Plaintiff and CLA bears Persels'

3  signature.

4

5    4.20    With regard to legal services provided to Plaintiff Brown with

6  whom CLA established an attorney-client relationship (including for the paralegal

7  and non-legal support services EFA provided in the context of Brown's

8  engagement of CLA), Consumer Law Defendants denies the allegations in

9  paragraph 4.20 of the Complaint.  To the extent paragraph 4.20 makes general

10  allegations as to EFA broader than those pertaining to CLA's attorney-client

11  relationship with Brown, Consumer Law Defendants are without knowledge or

12  information sufficient to form a belief as to the truth of the allegations in paragraph

13  4.20 of the Complaint and therefore Consumer Law Defendants deny those

14  allegations.

15

16    4.21    Consumer Law Defendants are without knowledge or information

17  sufficient to form a belief as to the truth of the allegations in paragraph 4.21 of the

18  Complaint and therefore Consumer Law Defendants deny those allegations.

19

20    4.22    Consumer Law Defendants deny the allegations in paragraph 4.22

21  of the Complaint.

ANSWER AND DEFENSES TO COMPLAINT - 10

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1       4.23      Consumer Law Defendants deny the allegations in paragraph 4.23

2   of the Complaint.

3

4       4.24      Consumer Law Defendants are without knowledge or information

5   sufficient to form a belief as to the truth of the allegations in paragraph 4.24 of the

6   Complaint and therefore Consumer Law Defendants deny those allegations.

7

8       4.25      Consumer Law Defendants deny the allegations in paragraph 4.25

9   of the Complaint.  The materials referenced in paragraph 4.25 of the Complaint,

10  "letters" and "an agreement" are not attached to the Complaint and, as such,

11  Consumer Law Defendants are without knowledge or information sufficient to

12  form a belief as to the truth of the allegations in paragraph 4.25 of the Complaint

13  and therefore Consumer Law Defendants deny those allegations.  Subject to the

14  initial inquiry as to whether the materials that Plaintiff's counsel are reviewing in

15  drafting the Complaint are authentic, the materials speak for themselves.

16

17      4.26      Consumer Law Defendants admit that CLA, in communicating

18  with its clients, sends a variety of correspondence.  However, the materials

19  referenced in paragraph 4.26 of the Complaint, "Welcome Package" and a "Client

20  Retainer Package" are not attached to the Complaint and, as such, Consumer Law

21  Defendants are without knowledge or information sufficient to form a belief as to

22  the truth of the allegations in paragraph 4.26 of the Complaint and therefore

23

24

25

26

ANSWER AND DEFENSES TO COMPLAINT - 11

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1   Consumer Law Defendants deny those allegations.  Subject to the initial inquiry as

2   to whether the materials that Plaintiff's counsel are reviewing in drafting the

3   Complaint are authentic, the materials speak for themselves.

4

5       4.27   Consumer Law Defendants admit that CLA, in communicating

6   with its clients, sends a variety of correspondence.  However, the materials

7   referenced in paragraph 4.27 of the Complaint, "Welcome Package" is not attached

8   to the Complaint and, as such, Consumer Law Defendants are without knowledge

9   or information sufficient to form a belief as to the truth of the allegations in

10  paragraph 4.27 of the Complaint and therefore Consumer Law Defendants deny

11  those allegations.   Subject to the initial inquiry as to whether the materials that

12

13  Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the

14  materials speak for themselves.  The referenced telephone number is a contact

15  number for clients to contact CLA about legal services. Subject to the initial

16  inquiry as to whether the materials that Plaintiff's counsel are reviewing in drafting

17  the Complaint are authentic, the materials speak for themselves.

18

19      4.28   Consumer Law Defendants admit that CLA, in communicating

20

21  with its clients, sends a variety of correspondence.  However, the materials

22  referenced in paragraph 4.28 of the Complaint, a "Client Retainer Package" is not

23  attached to the Complaint and, as such, Consumer Law Defendants are without

24

25

26

ANSWER AND DEFENSES TO COMPLAINT - 12

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.28 of the Complaint and therefore Consumer Law Defendants deny those allegations. The referenced telephone number is a contact number for clients to contact CLA to obtain legal services. The referenced telephone number is a contact number for clients to contact CLA about legal services. Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the materials speak for themselves.

4.29    Consumer Law Defendants admit that CLA, in communicating with its clients, sends a variety of correspondence. However, the materials referenced in paragraph 4.29 of the Complaint, "Welcome Package" and a "Client Retainer Package" are not attached to the Complaint and, as such, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.29 of the Complaint and therefore Consumer Law Defendants deny those allegations. The referenced fax number is a contact number for clients to send faxes to CLA as part of the legal services CLA provides to its clients. Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the materials speak for themselves.

ANSWER AND DEFENSES TO COMPLAINT - 13

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

4.30    Consumer Law Defendants admit that CLA, in communicating with its clients, sends a variety of correspondence. However, the materials referenced in paragraph 4.30 of the Complaint, "Welcome Package" and a "Client Retainer Package" are not attached to the Complaint and, as such, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.30 of the Complaint and therefore Consumer Law Defendants deny those allegations. CLA uses several mailing addresses in connection with the legal services it provides to Plaintiff, including the address on Warren Parkway in Frisco, Texas. Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the materials speak for themselves.

4.31    Consumer Law Defendants admit that CLA, in communicating with its clients, sends a variety of correspondence. However, the materials referenced in paragraph 4.31 of the Complaint, "Welcome Package" is not attached to the Complaint and, as such, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.31 of the Complaint and therefore Consumer Law Defendants deny those allegations.    Subject to the initial inquiry as to whether the materials that

ANSWER AND DEFENSES TO COMPLAINT - 14

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the materials speak for themselves.

4.32    Consumer Law Defendants admit that CLA, in communicating with its clients, sends a variety of correspondence, including letters in which clients and creditors of clients are requested to contact CLA.  Consumer Law Defendants admit that EFA employees assist CLA in paralegal and other capacities related to the legal services that CLA attorneys furnish its clients. However, the materials referenced in paragraph 4.32 of the Complaint, "Standardized letters to consumers and creditors" are not attached to the Complaint and, as such, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.32 of the Complaint and therefore Consumer Law Defendants deny those allegations.    Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the materials speak for themselves.

4.33    Plaintiff's use of the term "debt adjusting" in paragraph 4.33 appears to be making reference to that term as it is defined in RCW 18.28.010.  As such, Consumer Law Defendants denies the allegations in paragraph 4.33 of the Complaint insofar as the paragraph makes any allegations as legal services that it provided to Plaintiff and to its other clients in Washington.  As to the legal services

ANSWER AND DEFENSES TO COMPLAINT - 15

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

that CLA provided to Plaintiff and its other clients in Washington, CLA utilized EFA technology and other resources to assist CLA in the performance and provision of its legal work.  As to any of the other named defendants in this case, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.33 of the Complaint and therefore Consumer Law Defendants deny those allegations.

4.34    Consumer Law Defendants denies the allegations in paragraph 4.34 of the Complaint.

4.35    Consumer Law Defendants deny the allegations in paragraph 4.35.

4.36    Plaintiff's use of the term "debt adjusting" in paragraph 4.36 appears to be making reference to that term as it is defined in RCW 18.28.010.  As such, Consumer Law Defendants denies the allegations in sentence one of paragraph 4.36 of the Complaint.  Consumer Law Defendants admit that CLA entered into a contract with Plaintiff for legal services, which included performing legal services to assist him with resolving and negotiating his unsecured debt, which included among other services offering Plaintiff the opportunity to advise him on potential alternatives for addressing his debt, such as bankruptcy, offering him the opportunity to be provided with legal services to enforce his rights against creditors who violated the Federal Debt Collection Practices Act, offering the

ANSWER AND DEFENSES TO COMPLAINT - 16

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

opportunity to be provided legal counsel with regard to any collection lawsuits brought against him by creditors on his unsecured debt, including the preparation of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a variety of other legal services.  By way of further answer, the material referenced in paragraph 4.36 of the Complaint, "standardized contract" is not attached to the Complaint and, in addition, purports to set forth a partial quotation. As such, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.36 of the Complaint and therefore Consumer Law Defendants deny those allegations.  Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the materials speak for themselves.

4.37    Consumer Law Defendants admit that CLA entered into a contract with Plaintiff for legal services, which included performing legal services to assist him with resolving and negotiating his unsecured debt, which included among other services offering Plaintiff the opportunity to advise him on potential alternatives for addressing his debt, such as bankruptcy, offering him the opportunity to be provided with legal services to enforce his rights against creditors who violated the Federal Debt Collection Practices Act, offering the opportunity to be provided legal counsel with regard to any collection lawsuits

ANSWER AND DEFENSES TO COMPLAINT - 17

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    brought against him by creditors on his unsecured debt, including the preparation

2    of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a

3    variety of other legal services.  CLA provided unbundled legal services to Plaintiff

4    and entered into a legal services contract with Plaintiff that provided for, among

5    other matters, the arrangements for fees for CLA's legal services. By way of

6    further answer, the material referenced in paragraph 4.37 of the Complaint is not

7    attached to the Complaint and, in addition, purports to set forth a partial quotation.

8    As such, Consumer Law Defendants are without knowledge or information

9    sufficient to form a belief as to the truth of the allegations in paragraph 4.37 of the

10   Complaint and therefore Consumer Law Defendants deny those allegations.

11   Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are

12   reviewing in drafting the Complaint are authentic, the materials speak for

13   themselves.

14          4.38     Consumer Law Defendants admit that CLA entered into a contract

15   with Plaintiff for legal services, which included performing legal services to assist

16   him with resolving and negotiating his unsecured debt, which included among

17   other services offering Plaintiff the opportunity to advise him on potential

18   alternatives for addressing his debt, such as bankruptcy, offering him the

19   opportunity to be provided with legal services to enforce his rights against

ANSWER AND DEFENSES TO COMPLAINT - 18

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

creditors who violated the Federal Debt Collection Practices Act, offering the opportunity to be provided legal counsel with regard to any collection lawsuits brought against him by creditors on his unsecured debt, including the preparation of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a variety of other legal services. CLA provided unbundled legal services to Plaintiff and entered into a legal services contract with Plaintiff that provided for, among other matters, the arrangements for fees for CLA's legal services. By way of further answer, the material referenced in paragraph 4.38 of the Complaint is not attached to the Complaint and, in addition, purports to set forth a partial quotation. As such, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.38 of the Complaint and therefore Consumer Law Defendants deny those allegations. Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the materials speak for themselves.

4.39     Consumer Law Defendants admit that CLA entered into a contract with Plaintiff for legal services, which included performing legal services to assist him with resolving and negotiating his unsecured debt, which included among other services offering Plaintiff the opportunity to advise him on potential

ANSWER AND DEFENSES TO COMPLAINT - 19

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1  alternatives for addressing his debt, such as bankruptcy, offering him the

2  opportunity to be provided with legal services to enforce his rights against

3  creditors who violated the Federal Debt Collection Practices Act, offering the

4

5  opportunity to be provided legal counsel with regard to any collection lawsuits

6  brought against him by creditors on his unsecured debt, including the preparation

7

8  of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a

9  variety of other legal services. CLA provided unbundled legal services to Plaintiff

10  and entered into a legal services contract with Plaintiff that provided for, among

11

12  other matters, the arrangements for fees for CLA's legal services. By way of

13  further answer, the material referenced in paragraph 4.39 of the Complaint is not

14

15  attached to the Complaint and, in addition, purports to set forth a partial quotation.

16  As such, Consumer Law Defendants are without knowledge or information

17  sufficient to form a belief as to the truth of the allegations in paragraph 4.39 of the

18

19  Complaint and therefore Consumer Law Defendants deny those allegations.

20  Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are

21  reviewing in drafting the Complaint are authentic, the materials speak for

22

23  themselves.

24      4.40    Consumer Law Defendants admit that CLA entered into a contract

25  with Plaintiff for legal services, which included performing legal services to assist

26

ANSWER AND DEFENSES TO COMPLAINT - 20

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1  him with resolving and negotiating his unsecured debt, which included among

2  other services offering Plaintiff the opportunity to advise him on potential

3  alternatives for addressing his debt, such as bankruptcy, offering him the

4

5  opportunity to be provided with legal services to enforce his rights against

6  creditors who violated the Federal Debt Collection Practices Act, offering the

7  opportunity to be provided legal counsel with regard to any collection lawsuits

8

9  brought against him by creditors on his unsecured debt, including the preparation

10 of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a

11

12 variety of other legal services.  CLA provided unbundled legal services to Plaintiff

13 and entered into a legal services contract with Plaintiff that provided for, among

14

15 other matters, the arrangements for fees for CLA's legal services. By way of

16 further answer, the material referenced in paragraph 4.40 of the Complaint is not

17 attached to the Complaint and, in addition, purports to set forth a partial quotation.

18

19 As such, Consumer Law Defendants are without knowledge or information

20 sufficient to form a belief as to the truth of the allegations in paragraph 4.40 of the

21 Complaint and therefore Consumer Law Defendants deny those allegations.

22

23 Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are

24 reviewing in drafting the Complaint are authentic, the materials speak for

25 themselves.

26

ANSWER AND DEFENSES TO COMPLAINT - 21

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

4.41     Consumer Law Defendants admit that CLA entered into a contract with Plaintiff for legal services, which included performing legal services to assist him with resolving and negotiating his unsecured debt, which included among other services offering Plaintiff the opportunity to advise him on potential alternatives for addressing his debt, such as bankruptcy, offering him the opportunity to be provided with legal services to enforce his rights against creditors who violated the Federal Debt Collection Practices Act, offering the opportunity to be provided legal counsel with regard to any collection lawsuits brought against him by creditors on his unsecured debt, including the preparation of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a variety of other legal services.  CLA provided unbundled legal services to Plaintiff and entered into a legal services contract with Plaintiff that provided for, among other matters, the arrangements for fees for CLA's legal services. By way of further answer, the material referenced in paragraph 4.41 of the Complaint is not attached to the Complaint and, in addition, purports to set forth a partial quotation. As such, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.41 of the Complaint and therefore Consumer Law Defendants deny those allegations. Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are

ANSWER AND DEFENSES TO COMPLAINT - 22

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1  reviewing in drafting the Complaint are authentic, the materials speak for

2  themselves.

3

4       4.42     Consumer Law Defendants deny the allegations in paragraph 4.42

5  of the Complaint.

6

7       4.43     Consumer Law Defendants admit that CLA entered into a contract

8  with Plaintiff for legal services, which included performing legal services to assist

9  him with resolving and negotiating his unsecured debt, which included among

10  other services offering Plaintiff the opportunity to advise him on potential

11  alternatives for addressing his debt, such as bankruptcy, offering him the

12  opportunity to be provided with legal services to enforce his rights against

13  creditors who violated the Federal Debt Collection Practices Act, offering the

14  opportunity to be provided legal counsel with regard to any collection lawsuits

15  brought against him by creditors on his unsecured debt, including the preparation

16

17  of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a

18  variety of other legal services.  CLA provided unbundled legal services to Plaintiff

19  and entered into a legal services contract with Plaintiff that provided for, among

20  other matters, the arrangements for fees for CLA's legal services. By way of

21  further answer, the material referenced in paragraph 4.43 of the Complaint is not

22  attached to the Complaint and, in addition, purports to paraphrase a portion of a

23

24

25

26

ANSWER AND DEFENSES TO COMPLAINT - 23

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1  document. As such, Consumer Law Defendants are without knowledge or

2  information sufficient to form a belief as to the truth of the allegations in paragraph

3  4.43 of the Complaint and therefore Consumer Law Defendants deny those

4

5  allegations. Subject to the initial inquiry as to whether the materials that Plaintiff's

6  counsel are reviewing in drafting the Complaint are authentic, the materials speak

7

8  for themselves.

9      4.44    Consumer Law Defendants admit that CLA entered into a contract

10  with Plaintiff for legal services, which included performing legal services to assist

11

12  him with resolving and negotiating his unsecured debt, which included among

13  other services offering Plaintiff the opportunity to advise him on potential

14

15  alternatives for addressing his debt, such as bankruptcy, offering him the

16  opportunity to be provided with legal services to enforce his rights against

17

18  creditors who violated the Federal Debt Collection Practices Act, offering the

19  opportunity to be provided legal counsel with regard to any collection lawsuits

20  brought against him by creditors on his unsecured debt, including the preparation

21  of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a

22

23  variety of other legal services. CLA provided unbundled legal services to Plaintiff

24  and entered into a legal services contract with Plaintiff that provided for, among

25  other matters, the arrangements for fees for CLA's legal services. By way of

26

ANSWER AND DEFENSES TO COMPLAINT - 24

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1  further answer, the material referenced in paragraph 4.44 of the Complaint is not

2  attached to the Complaint and, in addition, purports to set forth a partial quotation.

3

4  As such, Consumer Law Defendants are without knowledge or information

5  sufficient to form a belief as to the truth of the allegations in paragraph 4.44 of the

6  Complaint and therefore Consumer Law Defendants deny those allegations.

7

8  Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are

9  reviewing in drafting the Complaint are authentic, the materials speak for

10  themselves.

11

12  4.45    Consumer Law Defendants deny the allegations in paragraph 4.45

13  of the Complaint.

14

15  4.46    Consumer Law Defendants deny paragraph 4.46 of the Complaint.

16  CLA entered into a contract with Plaintiff for legal services, which included

17  performing legal services to assist him with resolving and negotiating his

18  unsecured debt, which included among other services offering Plaintiff the

19  opportunity to advise him on potential alternatives for addressing his debt, such as

20  bankruptcy, offering him the opportunity to be provided with legal services to

21  enforce his rights against creditors who violated the Federal Debt Collection

22  Practices Act, offering the opportunity to be provided legal counsel with regard to

23  any collection lawsuits brought against him by creditors on his unsecured debt,

24

25

26

ANSWER AND DEFENSES TO COMPLAINT - 25

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

including the preparation of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a variety of other legal services. CLA provided unbundled legal services to Plaintiff and entered into a legal services contract with Plaintiff that provided for, among other matters, the arrangements for fees for CLA's legal services. By way of further answer, the material referenced in paragraph 4.46 of the Complaint is not attached to the Complaint. As such, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.46 of the Complaint and therefore Consumer Law Defendants deny those allegations. Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the materials speak for themselves.

4.47     Consumer Law Defendants deny the allegations in paragraph 4.47 of the Complaint. CLA entered into a contract with Plaintiff for legal services, which included performing legal services to assist him with resolving and negotiating his unsecured debt, which included among other services offering Plaintiff the opportunity to advise him on potential alternatives for addressing his debt, such as bankruptcy, offering him the opportunity to be provided with legal services to enforce his rights against creditors who violated the Federal Debt Collection Practices Act, offering the opportunity to be provided legal counsel with

ANSWER AND DEFENSES TO COMPLAINT - 26

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

regard to any collection lawsuits brought against him by creditors on his unsecured debt, including the preparation of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a variety of other legal services.  CLA provided unbundled legal services to Plaintiff and entered into a legal services contract with Plaintiff that provided for, among other matters, the arrangements for fees for CLA's legal services. By way of further answer, the material referenced in paragraph 4.47 of the Complaint is not attached to the Complaint and, in addition, purports to paraphrase its contents. As such, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.47 of the Complaint and therefore Consumer Law Defendants deny those allegations.  Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the materials speak for themselves.

4.48     Consumer Law Defendants deny the allegations in paragraph 4.48 of the Complaint.  CLA entered into a contract with Plaintiff for legal services, which included performing legal services to assist him with resolving and negotiating his unsecured debt, which included among other services offering Plaintiff the opportunity to advise him on potential alternatives for addressing his debt, such as bankruptcy, offering him the opportunity to be provided with legal

ANSWER AND DEFENSES TO COMPLAINT - 27

services to enforce his rights against creditors who violated the Federal Debt Collection Practices Act, offering the opportunity to be provided legal counsel with regard to any collection lawsuits brought against him by creditors on his unsecured debt, including the preparation of pleadings and papers to assist Plaintiff to defend against such lawsuits, and a variety of other legal services.   CLA provided unbundled legal services to Plaintiff and entered into a legal services contract with Plaintiff that provided for, among other matters, the arrangements for fees for CLA's legal services. By way of further answer, the material referenced in paragraph 4.48 of the Complaint is not attached to the Complaint and, in addition, purports to paraphrase its contents. As such, Consumer Law Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.48 of the Complaint and therefore Consumer Law Defendants deny those allegations.  Subject to the initial inquiry as to whether the materials that Plaintiff's counsel are reviewing in drafting the Complaint are authentic, the materials speak for themselves.

4.49    Consumer Law Defendants deny the allegations of paragraph 4.49. As stated above, Plaintiff entered into a legal services contract with CLA and, to this end, CLA and Plaintiff agreed on a fee schedule for the services that were to be provided by CLA, including an initial consultation fee, a retainer fee, and a

ANSWER AND DEFENSES TO COMPLAINT - 28

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

monthly service fee.  The payments Plaintiff made to CLA also included monthly savings payments there were deposited into CLA's legal client trust account to aggregate over time a sufficient amount of funds to allow CLA to undertake on Plaintiff's behalf negotiations to settle Plaintiff's unsecured debt.  Consumer Law defendants deny that "Defendants charged Plaintiff Brown" the charges set out in paragraph 4.49.

4.50    Consumer Law Defendants deny the allegations of paragraph 4.50. As stated above, Plaintiff entered into a legal services contract with CLA and, to this end, CLA and Plaintiff agreed on a fee schedule for the services that were to be provided by CLA, including an initial consultation fee, a retainer fee, and a monthly service fee.  The payments Plaintiff made to CLA also included monthly savings payments there were deposited into CLA's legal client trust account to aggregate over time a sufficient amount of funds to allow CLA to undertake on Plaintiff's behalf negotiations to settle Plaintiff's unsecured debt.  Consumer Law defendants deny that "Defendants charged Plaintiff Brown" the charges set out in paragraph 4.50.

4.51    Consumer Law Defendants deny the allegations of paragraph 4.51. As stated above, Plaintiff entered into a legal services contract with CLA and, to this end, CLA and Plaintiff agreed on a fee schedule for the services that were to

ANSWER AND DEFENSES TO COMPLAINT - 29

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

be provided by CLA, including an initial consultation fee, a retainer fee, and a monthly service fee. The payments Plaintiff made to CLA also included monthly savings payments there were deposited into CLA's legal client trust account to aggregate over time a sufficient amount of funds to allow CLA to undertake on Plaintiff's behalf negotiations to settle Plaintiff's unsecured debt. Plaintiff sent CLA payments in the amount of $14,463. Consumer Law Defendants deny that Plaintiff sent that amount to "Defendants". Consumer Law Defendants deny sentences two and three of paragraph 4.51.

4.52    Consumer Law Defendants deny the allegations in paragraph 4.52 of the Complaint.

4.53    Consumer Law Defendants deny the allegations in paragraph 4.53 of the Complaint.

4.54    Consumer Law Defendants deny the allegations in paragraph 4.54 of the Complaint.

4.55    Consumer Law Defendants deny the allegations in paragraph 4.55 of the Complaint.

4.56    Consumer Law Defendants deny the allegations in paragraph 4.56 of the Complaint. CLA paid EFA and DRO for the administrative and support services EFA and DRO provided to CLA; the payments were not "fee splitting".

ANSWER AND DEFENSES TO COMPLAINT - 30

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1    4.57    Consumer Law Defendants deny the allegations in paragraph 4.57

2    of the Complaint.

3

4    4.58    Consumer Law Defendants deny the allegations in paragraph 4.58

5    of the Complaint.

6

7    4.59    Consumer Law Defendants deny the allegations in paragraph 4.59

8    of the Complaint.

9    4.60    Consumer Law Defendants deny the allegations in paragraph 4.60

10   of the Complaint.

11

12   4.61    Consumer Law Defendants deny the allegations in paragraph 4.61

13   of the Complaint.

14

15   4.62    Consumer Law Defendants deny the allegations in paragraph 4.62

16   of the Complaint.

17   4.63    Consumer Law Defendants deny the allegations in paragraph 4.63

18   of the Complaint.

19

20   4.64    CLA assigned Traci Mears, an attorney licensed in Washington, to

21   provide him with legal services and therefore Consumer Law Defendants denies

22   the allegations in paragraph 4.64 of the Complaint.  Consumer Law Defendants

23   admit that Ruther and Persels are not licensed to practice law in Washington.

24

25

26

ANSWER AND DEFENSES TO COMPLAINT - 31

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    4.65    Consumer Law Defendants deny the allegations in paragraph 4.65

2    of the Complaint.

3

4    4.66    Consumer Law Defendants deny the allegations in paragraph 4.66

5    of the Complaint.

6

7    4.67    Consumer Law Defendants deny the allegations in paragraph 4.67

8    of the Complaint.

9                          **V.    CLAIMS**

10

11   **A.    Violations of Washington's Consumer Protection Act.**

12   5.1    Consumer Law Defendants reallege their responses in previous

13   paragraphs as if fully set forth herein.

14

15   5.2    Consumer Law Defendants deny the allegations in paragraph 5.2

16   of the Complaint.

17   5.3    Consumer Law Defendants deny the allegations in paragraph 5.3

18   of the Complaint.

19

20   5.4    Consumer Law Defendants deny the allegations in the first

21   sentence of paragraph 5.4 of the Complaint.  In answering the second sentence of

22   paragraph 5.4, CLA entered into a contract with Plaintiff for legal services, which

23

24   included performing legal services to assist him with resolving and negotiating his

25   unsecured debt, which included among other services offering Plaintiff the

26

ANSWER AND DEFENSES TO COMPLAINT - 32

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1   opportunity to advise him on potential alternatives for addressing his debt, such as
2   bankruptcy, offering him the opportunity to be provided with legal services to
3
4   enforce his rights against creditors who violated the Federal Debt Collection
5   Practices Act, offering the opportunity to be provided legal counsel with regard to
6
7   any collection lawsuits brought against him by creditors on his unsecured debt,
8   including the preparation of pleadings and papers to assist Plaintiff to defend
9   against such lawsuits, and a variety of other legal services.   CLA provided
10
11  unbundled legal services to Plaintiff and entered into a legal services contract with
12  Plaintiff that provided for, among other matters, the arrangements for fees for
13  CLA's legal services.  CLA entered into contracts with other Washington residents
14
15  for legal services.   Consumer Law Defendants are without knowledge or
16  information sufficient to form a belief as to the truth of the allegations in sentences
17  three and four regarding EFA and DRO.  Consumer Law Defendants denies the
18
19  allegations in the last sentence of paragraph 5.4.

20          5.5      Consumer Law Defendants deny the allegations in paragraph 5.5
21  of the Complaint.
22
23          5.6      Consumer Law Defendants deny the allegations in paragraph 5.6
24  of the Complaint.

25

26

ANSWER AND DEFENSES TO COMPLAINT - 33

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

**B.**     **Common Law Aiding and Abetting.**

5.7     Consumer Law Defendants reallege their responses in previous paragraphs as if fully set forth herein.

5.8     Consumer Law Defendants deny the allegations in paragraph 5.8 of the Complaint.

5.9     Consumer Law Defendants deny the allegations in paragraph 5.9 of the Complaint.

5.10     Consumer Law Defendants deny the allegations in paragraph 5.10 of the Complaint.

**C.**     **Breach of Fiduciary Duties.**

5.11     Consumer Law Defendants reallege their responses in previous paragraphs as if fully set forth herein.

5.12     Consumer Law Defendants deny the allegations in paragraph 5.12 of the Complaint.

5.13     Consumer Law Defendants deny the allegations in paragraph 5.13 of the Complaint.

**D.**     **Injunctive Relief.**

5.14     Consumer Law Defendants deny the allegations in paragraph 5.14 of the Complaint.

ANSWER AND DEFENSES TO COMPLAINT - 34

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

5.15    Consumer Law Defendants deny the allegations in paragraph 5.15 of the Complaint.

5.16    Consumer Law Defendants deny the allegations in paragraph 5.16 of the Complaint.

5.17    Consumer Law Defendants deny the allegations in paragraph 5.17 of the Complaint.

5.18    Consumer Law Defendants deny the allegations in paragraph 5.18 of the Complaint.

5.19    Consumer Law Defendants deny the allegations in paragraph 5.19 of the Complaint.

**E.**    **Class Certification.**

5.20    Consumer Law Defendants deny the allegations in paragraph 5.20 of the Complaint.

5.21    Consumer Law Defendants deny the allegations in paragraph 5.21 of the Complaint; Consumer Law Defendants deny the appropriateness of bringing this lawsuit as a class action.

5.22    Consumer Law Defendants deny the allegations in paragraph 5.22 of the Complaint.

ANSWER AND DEFENSES TO COMPLAINT - 35

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    5.23    Consumer Law Defendants deny the allegations in paragraph 5.23

2  of the Complaint.

3

4    5.24    Consumer Law Defendants deny the allegations in paragraph 5.24

5  of the Complaint.

6

7    5.25    Consumer Law Defendants deny the allegations in paragraph 5.25

8  of the Complaint.

9    5.26    Consumer Law Defendants deny the allegations in paragraph 5.26

10

11  of the Complaint.

12    5.27    Consumer Law Defendants deny the allegations in paragraph 5.27

13  of the Complaint.

14

15    5.28    Consumer Law Defendants deny the allegations in paragraph 5.28

16  of the Complaint.

17    Any allegation in the Complaint that is not specifically addressed by the

18

19  foregoing responses of Consumer Law Defendants is denied.  By way of further

20  answer and as affirmative defenses, Consumer Law Defendants further responds:

21    **DEFENSES AND AFFIRMATIVE DEFENSES**

22

23    1.    The claims asserted by Plaintiff and alleged putative class members

24  fail, in whole or in part, to state a claim upon which relief can be granted.

25

26

ANSWER AND DEFENSES TO COMPLAINT - 36

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

2.    The claims asserted by Plaintiff and alleged putative class members are barred, in whole or in part, by the applicable statute of limitations.

3.    The claims asserted by Plaintiff and alleged putative class members are barred, in whole or in part, by the doctrine of laches.

4.    The claims asserted by Plaintiff and alleged putative class members are barred, in whole or in part, by the doctrines of waiver and estoppel.

5.    The relief sought by Plaintiff and alleged putative class members is barred by the provisions of the relevant retainer agreements with CLA for legal services in connection with debt-related issues.

6.    The claims of Plaintiff and alleged putative class members are barred by the accord and satisfaction doctrine.

7.    The claims of Plaintiff and alleged putative class members are barred by settlement and release.

8.    This action may not be maintained as a class action because, among other things, (a) individual issues of law or fact predominate over any common questions; (b) a class action is not an appropriate or superior method for the fair and efficient adjudication of the controversy; (c) Plaintiff will not fairly and adequately protect the interests of the purported class; and (d) the claims or

ANSWER AND DEFENSES TO COMPLAINT - 37

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1   defenses of Plaintiff are not common and are not typical of the claims or defenses

2   of the putative class.

3

4       9.    Any adjudication of Plaintiff's claims and those of alleged putative

5   class members through purported "generalized class-wide proof" would violate

6   Consumer Law Defendants' rights to due process and trial by jury under the United

7

8   States Constitution and the analogous provisions of the Washington Constitution.

9       10.   The claims of Plaintiff and alleged putative class members are or may

10  be barred because they engaged in spoliation by disposing of relevant documents

11

12  prior to or after having become aware of this action.

13      11.   The claims of Plaintiff and alleged putative class members are barred,

14  in whole or in part, because Plaintiff and/or some of the alleged putative class

15

16  members voluntarily consented, expressly and/or impliedly, to any acts or conduct

17  by Consumer Law Defendants as may be shown.

18      12.   The claims of Plaintiff and alleged putative class members are barred,

19  in whole or in part, by ratification.

20

21      13.   The claims of Plaintiff and alleged putative class members are barred,

22  in whole or in part, because they were cognizant and aware of all of the facts,

23

24  circumstances, and conditions existing, and they consented to, permitted,

25

26

ANSWER AND DEFENSES TO COMPLAINT - 38

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

acquiesced to, actively encouraged, and/or voluntarily assumed the risks therefrom and attendant thereto.

14.    Any alleged damages were the result of acts or omissions on the part of Plaintiff and alleged putative class members themselves or third parties, for which acts or omissions Consumer Law Defendants are not responsible.

15.    Consumer Law Defendants Persels and Ruther are not subject to the personal jurisdiction of this Court.

16.    Consumer Law Defendants are exempt from application of Washington's Debt Adjusting Statute.

17.    To the extent that Plaintiff and alleged putative class members have sustained any legally cognizable damages as a result of the matters alleged in the Complaint, which Consumer Law Defendants specifically deny, Plaintiff and alleged putative class members have failed to mitigate those damages.

18.    Consumer Law Defendants deny that Plaintiff and alleged putative class members suffered any losses or damages, and in any event, any losses or damages sustained by Plaintiff and alleged putative class members are *de minimis*, remote, speculative, and/or transient and thus are not cognizable at law.

ANSWER AND DEFENSES TO COMPLAINT - 39

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1    19.    Consumer Law Defendants reserve the right to assert additional

2    affirmative defenses based on information later uncovered during the discovery

3

4    process.

5    WHEREFORE, Consumer Law Defendants request judgment dismissing the

6    Complaint in its entirety, together with costs and fees, and including such other and

7

8    further relief as the Court deems appropriate.

9    DATED:  May 23, 2011.

10                                                    STOEL RIVES LLP

11

12                                                    /s/Christopher N. Weiss
                                                     Stevan D. Phillips, WSBA No. 2257
13                                                    Christopher N. Weiss, WSBA No. 14826
14                                                    Leonard J. Feldman, WSBA No. 20961
                                                     Rita V. Latsinova, WSBA No. 24447
15                                                    Email: sdphillips@stoel.com
                                                     Email: cnweiss@stoel.com
16                                                    Email: ljfeldman@stoel.com
                                                     Email: rvlatsinova@stoel.com
17
                                                     Attorneys for Defendants Consumer Law
18                                                    Associates LLC, Neil J. Ruther, and
19                                                    Jimmy P. Persels

20

21

22

23

24

25

26

ANSWER AND DEFENSES TO COMPLAINT - 40

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on May 23, 2011, I caused the foregoing to be

3

electronically filed with the Clerk of the Court using the CM/ECF System which

4

5

will send notification of such filing to the following participants:

6

- **Steven Joseph Dixson**
sjd@wkdtlaw.com,aliciaa@wkdtlaw.com

7

- **Toby James Marshall**
tmarshall@tmdlegal.com,enordby@tmdlegal.com,bkinsey@tmdlegal.com,
filing@tmdlegal.com

8

9

- **Jennifer Rust Murray**
jmurray@tmdlegal.com,enordby@tmdlegal.com,bkinsey@tmdlegal.com,
filing@tmdlegal.com

10

11

- **Darrell W Scott**
scottgroup@mac.com,ssimatos@mac.com

12

- **Beth E Terrell**
bterrell@tmdwlaw.com,bkinsey@tmdwlaw.com,enordby@tmdwlaw.com,
filing@tmdwlaw.com

13

14

- **Geana Van Dessel**
gmv@wkdtlaw.com,shannal@witherspoonkelley.com

15

16

- **Leslie Richard Weatherhead**
lwlibertas@aol.com,janetj@wkdtlaw.com,shannal@witherspoonkelley.com

17

- **Matthew John Zuchetto**
scottgroup@mac.com,ssimatos@mac.com,matthewzuchetto@mac.com

18

19

STOEL RIVES LLP

20

21

_/s/Christopher N. Weiss_____,
Christopher N. Weiss, WSBA No. 14826
Email: cnweiss@stoel.com

22

23

24

Attorneys for Defendants Consumer Law
Associates LLC, Neil J. Ruther, and Jimmy P.
Persels

25

26

ANSWER AND DEFENSES TO COMPLAINT - 41