THE HONORABLE LONNY R. SUKO

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott, darrellscott@mac.com
Matthew J. Zuchetto, matthewzuchetto@mac.com
926 West Sprague Avenue, Suite 680
Spokane, WA 99201
Ph: (509) 455-3966

TERRELL MARSHALL DAUDT & WILLIE PLLC
Beth E. Terrell, bterrell@tmdwlaw.com
Toby J. Marshall, tmarshall@tmdwlaw.com
Jennifer Rust Murray, jmurray@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA 98103
Ph: (206) 816-6603

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KENNETH R. BROWN, individually and on behalf of a Class of similarly situated Washington residents,

    Plaintiff,

v.

CONSUMER LAW ASSOCIATES LLC, a Maryland Limited Liability Company; JIMMY B. PERSELS, a Maryland Attorney; NEIL J. RUTHER, a Maryland Attorney; DR OPTIONS LLC d/b/a DEBT RELIEF OPTIONS LLC, a Texas Limited Liability Company; EFA PROCESSING L.P., a Texas Limited Partnership; and JOHN AND JANE DOES 1-20,

    Defendants.

NO. CV-11-0194-LRS

<u>CLASS ACTION</u>

PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**WITH ORAL ARGUMENT**

May 17, 2012 at 2:30 p.m.
Yakima, Washington

PLAINTIFF'S MOTION FOR CLASS CERTIFICATION: 1

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

Plaintiff, by and through his counsel, moves the Court, pursuant to FED. R. CIV. P. 23, for an order certifying this matter as a class action, designating a Class composed of all Washington residents who entered into a debt settlement agreement, or like instrument with Consumer Law Associates LLC, DR Options LLC, d/b/a Debt Relief Options LLC, or EFA Processing, L.P., appointing named Plaintiff as representative of that Class, designating undersigned counsel as Class counsel, and providing for submission and approval of appropriate and timely notice to Class members.

This Motion is based on the Declaration of Matthew J. Zuchetto, Declaration of Toby J. Marshall, Declaration of Kenneth R. Brown, Declaration of Joseph M. Gusmano, Plaintiff's Memorandum of Authorities in Support of Motion for Class Certification filed herewith, and the pleadings and other documents of record in this matter.

DATED this 16th day of March, 2012.

THE SCOTT LAW GROUP, P.S.

By: _____
Darrell W. Scott, WSBA #20241
   darrellscott@mac.com
Matthew J. Zuchetto, WSBA #33404
   matthewzuchetto@mac.com

PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION: 2

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

| | |
|---|---|
| 1 | |
| 2 | **-and-** |
| 3 | **TERRELL MARSHALL & DAUDT PLLC** |
| | Beth E. Terrell, WSBA #26759 |
| 4 |   bterrell@tmdlegal.com |
| | Toby J. Marshall, WSBA #32726 |
| 5 |   tmarshall@tmdlegal.com |
| | Jennifer Rust Murray, WSBA #36983 |
| 6 |   jmurray@tmdlegal.com |
| 7 | *Attorneys for Plaintiff* |

PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION: 3

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Stevan David Phillips | sdphillips@stoel.com<br>jswaldschmidt@stoel.com<br>sea_docket@stoel.com |
| Christoper Nelson Weiss | cnweiss@stoel.com<br>hlwilder@stoel.com<br>SEA_Docket@stoel.com<br>sihale@stoel.com<br>cmcastro@stoel.com<br>clspangler@stoel.com |
| Leonard J. Feldman | ljfeldman@stoel.com<br>sea_docket@stoel.com<br>cmcastro@stoel.com |
| Rita (Margarita) V. Latsinova | rvlatsinova@stoel.com<br>tabitseff@stoel.com<br>sea_docket@stoel.com |
| Geana Van Dessel | gmv@witherspoonkelley.com<br>annieh@witherspoonkelley.com |
| Leslie Richard Weatherhead | lwlibertas@aol.com<br>janetj@witherspoonkelley.com<br>annieh@witherspoonkelley.com |
| Steven Joseph Dixson | sjd@witherspoonkelley.com<br>aliciaa@witherspoonkelley.com |

PLAINTIFF'S MOTION FOR CLASS CERTIFICATION: 4

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

EXECUTED this 16th day of March, 2012, at Spokane, Washington.

_____
MARY FERRERA
of The Scott Law Group, P.S.

PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION: 5

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966