UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF KENNETH R. BROWN, individually and on behalf of a class of similarly-situated Washington residents,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CONSUMER LAW ASSOCIATES, LLC, et al.,<br><br>　　　　　　　Defendants. | NO: 11-CV-0194-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Stipulation of Dismissal With Prejudice (ECF No. 228). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice. Although the file will be closed, the Court will retain jurisdiction over the case for the limited purpose of resolving any disputes that may arise in connection with the parties' Settlement Agreement or actions taken pursuant to the Settlement Agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994).

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation for Dismissal (ECF No. 228), all claims and causes of action in this matter are **DISMISSED** with prejudice. The Court retains jurisdiction over this case for the limited purpose of resolving any disputes that may arise in connection with the parties' Settlement Agreement or actions taken by the parties pursuant to the Settlement Agreement.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 12, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2